UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sergia C. Rosa, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 1:16-CV-10739-GAO |
| | * |
| PNC Mortgage | * |
| | * |
| Defendant. | * |

ORDER OF DISMISSAL

September 9, 2017

O'Toole, D.J.

Pursuant to the OPINION AND ORDER [12] entered on 09/21/2017, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge